*E-FILED*
November 14, 2005

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MOSCHELLA, et al., | No. C 05-04372 RS |
| Plaintiffs, | |
| v. | **ORDER OF RECUSAL** |
| APPLE COMPUTER, INC., | |
| Defendant. | |

I hereby recuse myself from hearing or determining any matters as Presiding Judge in the above-entitled action. The Clerk of Court shall randomly reassign this case.

IT IS SO ORDERED.

Dated: November 14, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Lee M. Gordon, Esq.
Email: lee@hbsslaw.com

Dated: November 14, 2005

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

2